Dismissed and Memorandum Opinion filed November 30, 2006








Dismissed
and Memorandum Opinion filed November 30, 2006.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00511-CV

____________

 

AMERICAN CAPITAL FUNDING CORPORATION, Appellant

 

V.

 

ANGELA MORGAN, Appellee

 



 

On Appeal from the
55th District Court 

Harris County,
Texas

Trial Court Cause
No. 04-42193

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed March 1, 2006.  On August 3, 2006, this court
referred the case to mediation.  On November 14, 2006, appellant filed a motion
to dismiss the appeal because the case has been settled. See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed
November 30, 2006.

Panel consists of Chief Justice Hedges and Justices Yates and Seymore.